# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELVIN PIGOTT, | ) | 1:06 CV 01794 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS PETITION |
| v. | ) | |
| | ) | |
| DANIEL SMITH, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On August 1, 2008, Petitioner filed a notice of voluntary dismissal. (Doc. 12). At this juncture, this action may not be dismissed by Petitioner without order of the court. Fed. R. Civ. Pro 41(a)(1). In accordance with Petitioner's request for dismissal and no objection having been filed by Respondent, the Court deems it proper to order this action dismissed. Fed. R. Civ. Pro. 41(a)(2).

    Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed.

    It is so ORDERED.

IT IS SO ORDERED.

**Dated:   September 3, 2008**        /s/ Oliver W. Wanger
                                                               UNITED STATES DISTRICT JUDGE